1  
2  

District Judge Marsha J. Pechman  
Magistrate Judge Mary Alice Theiler

3  
4  
5  
6  
7  

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

8  
9  

10 MASSIMILIANO DELLAGUARDIA,

11                     Petitioner,

12           v.

13 ALBERTO R. GONZALES, Attorney General of the United States, et al.,

14  
15                     Respondents.

16

No. C06-01378-MJP-MAT

SECOND JOINT STIPULATION AND ORDER CONTINUING RESPONDENTS' RESPONSE DATE

(Noted for Consideration Today Pursuant to Local Rule 7(d)(1))

17    COMES NOW the Petitioner, by and through his counsel, Jay Warren Stansell, and the

18 Respondents, by and through their counsel, John McKay, United States Attorney for the Western

19 District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said

20 District, and hereby stipulate and agree as follows:

21    WHEREAS Petitioner filed a Petition for Writ of Habeas Corpus on September 25, 2006

22 (Dkt. #3).

23    WHEREAS the Court initially issued and Order for Service, and for Return and Status

24 Report requiring Respondents to file a return no later than November 1, 2006 (Dkt. #7).

25    WHEREAS the parties executed a Joint Stipulation and Order Continuing Respondents'

26 Response Date, and agreed to a 30-day extension of Respondents' response because the

27 Respondents were taking action to resolve this case; had filed a motion with the Immigration

28

SECOND JOINT STIPULATION AND ORDER  
CONTINUING RESPONDENTS' RESPONSE DATE – 1  
(C06-01378-MJP-MAT)

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101-1271  
(206) 553-7970

Court to dismiss the removal proceedings currently pending against Petitioner; and such actions would likely moot the issues in the pending habeas petition (Dkt. #11).

WHEREAS the Court issued an Order granting the parties' Joint Stipulation and continued Respondents' response date to December 1, 2006 (Dkt. #12).

WHEREAS the parties agree that the Immigration Court has not yet acted on Respondents' unopposed motion to dismiss the removal proceedings currently pending against Petitioner. But the parties anticipate that the Immigration Court will act on the motion within the next two weeks.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that:

1. The deadline for Respondents to file a return to Petitioner's Petition for Writ of Habeas Corpus shall be extended two weeks until December 15, 2006.

SO STIPULATED.

DATED this 29th day of November, 2006.

  s/ Jay W. Stansell
JAY W. STANSELL, WSBA #18752
Attorney for Petitioner

SO STIPULATED.

DATED this 29th day of November, 2006.

JOHN McKAY
United States Attorney

  s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Respondents

SECOND JOINT STIPULATION AND ORDER
CONTINUING RESPONDENTS' RESPONSE DATE – 2
(C06-01378-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## **ORDER**

1
2
3  IT IS SO ORDERED.
4
        DATED this <u>4th</u> day of December, 2006.
5
6                                <u>s/ Mary Alice Theiler</u>
                                 United States Magistrate Judge
7

SECOND JOINT STIPULATION AND ORDER
CONTINUING RESPONDENTS' RESPONSE DATE  – 3
(C06-01378-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970