District Judge Marsha J. Pechman
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSIMILIANO DELLAGUARDIA,<br><br>Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, *et al.*,<br><br>Respondents. | NO.  06-cv-1378-MJP-MAT<br><br>JOINT STIPULATION AND ORDER CONTINUING PETITIONER'S RESPONSE DATE |

Petitioner and Respondents, through their respective counsel, stipulate and agree to an extension of time for Petitioner to file his response to the Respondents' Return and Motion to Dismiss (Dkt. # 17) to Monday, February 26, 2007.

February 5, 2007  
DATED

s/Jay Warren Stansell  
JAY WARREN STANSELL  
Assistant Federal Public Defender  
Attorney for Petitioner  
1601 - 5th Avenue, Suite 700  
Seattle, WA 98101  
Phone: (206) 553-1100  
Fax: (206) 553-0120  
E-mail: jay_stansell@fd.org

JOINT STIPULATION AND ORDER
CONTINUING PETITIONER'S RESPONSE
DATE -- 1
(Massimiliano Dellaguardia; 06-cv-1378-MJP-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

| | | |
|---|---|---|
| 1 | February 5, 2007 | /s Kristin B. Johnson |
| 2 | | KRISTIN B. JOHNSON<br>Assistant United States Attorney |
| 3 | | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 4 | | Seattle, Washington 98101-1271<br>Telephone: (206) 553-7970 |
| 5 | | Fax: (206) 553-4073<br>E-mail: kristin.b.johnson@usdoj.gov |

**ORDER**

The parties having so stipulated, IT IS SO ORDERED that Respondent's deadline to respond to the Return and Motion to Dismiss (Dkt. # 17) is extended to Monday, February 26, 2007.

DATED this 6th day of February, 2007.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION AND ORDER
CONTINUING PETITIONER'S RESPONSE
DATE -- 2
(Massimiliano Dellaguardia; 06-cv-1378-MJP-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**